Jonathan D. Klein
CLARK HILL PLC
210 Carnegie Center
Suite 102
Princeton, NJ 08540
Tel. (609) 785-2968

One Commerce Square
2005 Market Street, Suite 1000
Philadelphia, Pennsylvania 19103
Tel. (215) 640-8500
Email: jklein@clarkhill.com
*Counsel for Defendant Equifax Information Services LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
### (Newark)

| | |
|---|---|
| JAMES JENKINS,<br><br>                    Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, et al.,<br><br>                    Defendants. | 2:18-cv-16125-JMV-JAD |

### STIPULATION OF DISMISSAL AGAINST DEFENDANT
### <u>EQUIFAX INFORMATION SERVICES</u>

Plaintiff, James Jenkins and Defendant, Equifax Information Services LLC ("Equifax"), by counsel, hereby agree and stipulate that the within action may be dismissed in its entirety with prejudice as against Equifax only, without costs or fees to any party.

Respectfully submitted this 31 day of March, 2019.

/s/ *Jonathan Daniel Klein*
Jonathan Daniel Klein
CLARK HILL PLC
210 Carnegie Center
Suite 102
Princeton, NJ 08540
Tel. (609) 785-2968

One Commerce Square
2005 Market St., Suite 1000
Philadelphia, PA 19103
Email: jklein@clarkhill.com
*Counsel for Defendant*
*Equifax Information Services LLC*

/s/ *[signature]*
James Jenkins
113 Coccio Drive
West Orange, NJ 07052
*Pro Se Plaintiff*

## CERTIFICATE OF SERVICE

This is to certify that I have this 31ST day of March, 2019 served a true and correct copy of the foregoing via U.S. Mail to the following counsel of record:

James Jenkins
113 Coccio Drive
West Orange, NJ 07052
*Pro Se Plaintiff*

Monica M. Littman
Richard J. Perr
Fineman, Krekstein & Harris, PC
1801 Market Street
Suite 1100
Philadelphia, PA 19103
Email: mlittman@finemanlawfirm.com
Email: rperr@finemanlawfirm.com
*Counsel for Merchants Association Collection Division*

                                                */s/Jonathan D. Klein*
                                                Jonathan D. Klein