

*A Pennsylvania Professional Corporation*
ATTORNEYS AT LAW
www.finemanlawfirm.com

**PHILADELPHIA OFFICE**
Ten Penn Center
1801 Market Street, Suite 1100
Philadelphia, PA 19103-1628
(215) 893-9300
Fax: (215) 893-8719

**MONICA M. LITTMAN**
Direct Dial: (215) 893-8749
E-Mail: mlittman@finemanlawfirm.com
Admitted in PA and NJ

**NEW JERSEY OFFICE**
20 Brace Road
Suite 350
Cherry Hill, NJ 08034
(856) 795-1118
Fax: (856) 795-1110

*Please Reply to Philadelphia Office*

May 10, 2019

<u>Via ECF</u>

The Honorable Joseph A. Dickson
Magistrate Judge, U.S.D.C., D.N.J.
MLK, Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    Re:    James Jenkins v. Equifax Information Services and Merchants Association Collection Division
             U.S.D.C., D.N.J., Civil Action No. 2:18-cv-16125-JMV-JAD
             Our File No. 7864/00001

Dear Judge Dickson:

        This firm represents Defendant, Merchants Association Collection Division ("Merchants"), in the above-referenced action. On May 2, 2019, Your Honor scheduled an in-person Settlement Conference to be held on May 21, 2019, at 10:30 a.m., which requires the parties to attend. (Doc. 31). I am submitting this letter to respectfully request that this Settlement Conference can be cancelled because Merchants will be filing its Motion for Summary Judgment against Plaintiff, James Jenkins (Plaintiff). (Doc. 28).

        This action arises out of Plaintiff's allegations that Merchants violated the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* ("FCRA"). (Doc. 1). On April 10, 2019, counsel for Merchants wrote to Judge Vazquez requesting leave to file a motion for summary judgment under Fed. R. Civ. P. 56. (Doc. 25). Plaintiff's opposition to this request was filed on April 15, 2019. (Doc. 27). On April 25, 2019, Judge Vazquez granted Merchants' request for leave to move for summary judgment. (Doc. 28). After this order was entered, Plaintiff requested that a Settlement Conference be scheduled. (Doc. 30).

        Counsel for Merchants and Plaintiff, however, have already engaged settlement negotiations. Unfortunately, the parties are at an irreconcilable impasse, and settlement of this

The Honorable Joseph A. Dickson
May 10, 2019
Page 2

action remains elusive. Given this, the scheduled Settlement Conference conference is likely to be a waste of this Court's time and judicial resources. Additionally, the corporate representative from Merchants is located in Tampa, Florida. As such, its representative will suffer a great hardship in traveling to a Settlement Conference—the efficacy of which remains in serious doubt.

Merchants wishes to proceed with its motion for summary judgment and is in the process of drafting it. As set forth in Merchants' April 25, 2019 letter, Plaintiff's claims under the FCRA are meritless. (Doc. 25). Plaintiff cannot maintain a private cause of action under 15 U.S.C. § 1681s-2(a). *See Gelman*, No. 07-3665, 2009 U.S. App. LEXIS 21809; *see also Burrell*, No. 10-2706, 2010 U.S. Dist. LEXIS 128214; (Doc. 25 at p. 2). Merchants is entitled to summary judgment on Plaintiff's Section 1681s-2(b) claim because it immediately marked Plaintiff's Account as disputed, promptly conducted a reasonable investigation, and modified the Plaintiff's information in its records upon notice of Plaintiff's dispute. (Doc. 25-2 at ¶ 19; Doc. 25 at Exhibit 2 at p. 14; Doc. 25 at Exhibit 3 at p. 13); *see also Martinez*, No. 08-2769 (JLL), 2008 U.S. Dist. LEXIS 94995). Plaintiff's First Account with Merchants was cancelled and closed on August 4, 2016. (Doc. 25-2 at ¶ 30; Doc. 25 at Exhibit 2 at p. 16). Additionally, Plaintiff's duplicate Account with Merchants was cancelled and closed on July 20, 2016. (Doc. 25-2 at ¶ 41; Doc. 25 at Exhibit 3 at p. 14). Finally, Merchants is entitled to summary judgment because Plaintiff failed to timely file his Complaint within the allotted limitations period as provided by the FCRA. (Doc. 25 at 3).

Wherefore, Merchants respectfully requests that this Court cancel the May 21, 2019 Settlement Conference so that Merchants can proceed with its Motion for Summary Judgment.

                                                Respectfully,

                                                /s/ Monica M. Littman
                                                Monica M. Littman

cc:    James Jenkins (w/ encl. – via Email and Federal Express)
        All Counsel of Record (via ECF)

{01587306;v1}