**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

**FINEMAN KREKSTEIN & HARRIS, P.C.**
*A Pennsylvania Professional Corporation*
BY    RICHARD J. PERR, ESQUIRE
       MONICA M. LITTMAN, ESQUIRE
       GRAEME E. HOGAN, ESQUIRE
Ten Penn Center
1801 Market Street, Suite 1100
Philadelphia, PA 19103-1628
(v) 215-893-9300; (f) 215-893-8719
rperr@finemanlawfirm.com
mlittman@finemanlawfirm.com
ghogan@finemanlawfirm.com
**Attorneys for Defendant Merchants Association Collection Division**

| | | |
|---|---|---|
| JAMES JENKINS | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | NO. 2:18-cv-16125-JMV-JAD |
| | : | |
| EQUIFAX INFORAMTION SERVICES and | : | |
| MERCHANTS ASSOCIATION COLLECTION | : | |
| DIVISION | : | |
| Defendants | : | |

**NOTICE OF SETTLEMENT**

Defendant Merchants Association Collection Division ("Merchants"), by its undersigned counsel, now notifies this Court of the following:

1. A mutually agreed upon settlement has been reached by Merchants and Plaintiff James Jenkins ("Plaintiff") in this action.

2. As such, the Parties anticipate filing a Stipulation of Dismissal in this action within thirty (30) days.

3. Thus, the Parties hereby mutually request that today's settlement conference, scheduled for

today, Tuesday, May 21, 2019 at 10:30 a.m., be postponed indefinitely.

                              FINEMAN KREKSTEIN & HARRIS, P.C.

                By:      /S/ Richard J. Perr
                        RICHARD J. PERR, ESQUIRE
                        MONICA M. LITTMAN, ESQUIRE
                        GRAEME E. HOGAN, ESQUIRE
                        Ten Penn Center
                        1801 Market Street, Suite 1100
                        Philadelphia, PA  19103
                        (v) 215-893-9300; (f) 215-893-8719
                        rperr@finemanlawfirm.com
                        mlittman@finemanlawfirm.com
                        ghogan@finemanlawfirm.com
                        Attorneys for Defendant Merchants Association
                        Collection Division

Dated: May 21, 2019

## CERTIFICATE OF SERVICE

I, GRAEME E. HOGAN, ESQUIRE, hereby certify that on or about this date, I served a true and correct copy of the foregoing via electronic mail on the following:

>James Jenkins
>113 Coccio Drive
>West Orange, NJ  07052
>Jamesmjenkins0522@gmail.com
>Plaintiff

and via ECF/CM on all counsel of record:

>Boris Brownstein, Esquire
>Clark Hill PLC
>210 Carnegie Center, Suite 102
>Princeton, NJ 08540
>212.635.2244
>bbrownstein@clarkhill.com
>
>Jonathan Daniel Klein, Esquire
>Clark Hill PLC
>2005 Market Street, Suite 1000
>Philadelphia, Pa 19103
>215-640-8535
>jklein@clarkhill.com
>
>Attorneys for Co-Defendant,
>Equifax Information Services LLC

>/S/ Graeme E. Hogan
>GRAEME E. HOGAN

Dated:  May 21, 2019